**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH WILKINS,<br>Plaintiff,<br>v.<br>DAVID DRUMMOND, *et al.*,<br>Defendants. | Case No. 3:25-cv-00612-ART-CSD<br>**ORDER GRANTING**<br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Kenneth Wilkins, pro se, and Defendants, Marc Mallinger and David Drummond, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 28th day of August, 2026.

By: ______________________
Kenneth Wilkins #89171
*Plaintiff, Pro se*

DATED this 28th day of August, 2026.

AARON D. FORD
Attorney General

By: /s/ Samuel L. Pezone, Jr.
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 4th day of September, 2026.

______________________
Anne R. Traum
United States District Judge